☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| In re: | **Brandarle Smith** | Case No. |
|---|---|---|
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 5510 Shakespeare Dr #206     (2)
Memphis, TN 38125

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ 85.00     (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
(✓) PAYROLL DEDUCTION From: Remx 5425 E. Raines Road, Suite 11     OR ( ) DIRECT PAY
Memphis, TN 38115

**Debtor(2)** shall pay $     ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From:     OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     (✓) YES     ☐ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION     (✓) YES     ☐ NO
   OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].     ☐ YES     (✓) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** (✓) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**     Monthly Plan Payment:

None     Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins         $
Approximate arrearage:

**5. PRIORITY CLAIMS:**

-NONE-     Amount     $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

None     ongoing payment begins         $
Approximate arrearage:     Interest     $

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:     Rate of Interest     Monthly Plan Payment:
$

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]     Value of Collateral:     Rate of Interest     Monthly Plan Payment:
-NONE-         $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-     Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Appliance Warehouse-Class I** | 120.00 | 0.00 | $ 5.00 |
| **Ashland Lakes Apartments-Class I** | 2,000.00 | 0.00 | $34.00 |
| **I Finance (2012 Nissan Altima)-Class I** | 700.00 | 0.00 | $12.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Dept of Education       ☐ Not provided for     OR  ☑ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $61,196.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| | | | |
|---|---|---|---|
| **Appliance Warehouse** | ☑ Assumes | OR ☐ | Rejects. |
| **Ashland Lake Apartments** | ☑ Assumes | OR ☐ | Rejects. |
| **I Finance** | ☑ Assumes | OR ☐ | Rejects. |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

Absent the original contract as proof, all collateralized claims for the purpose of provisions 7 & 8, are presumed to have exceeded the time limits set forth in 11 U.S.C. 1325(a)(9) hanging paragraph will be treated as a value claim

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Darrell L. Castle                                                                Date  June  12, 2019         .
**Darrell L. Castle**

**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**